# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1601
Lower Tribunal No. 2024-CC-007519

_____

CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY, as subrogee of Emilia Rubio,

Appellant,

v.

DREAM FINDERS HOMES, LLC, f/k/a CENTURY HOMES FLORIDA, LLC, and C. STERLING QUALITY ROOFING, INC.,

Appellees.

_____

Appeal from the County Court for Orange County.
Evellen Jewett, Judge.

March 17, 2026

PER CURIAM.

AFFIRMED.

WHITE, SMITH and BROWNLEE, JJ., concur.


Matthew Brown, of Brown Law Firm, PL, Lake Mary, for Appellant.

Amanda K. Anderson and George H. Featherstone, of Boyle, Leonard & Anderson, P.A., Fort Myers, for Appellee, Dream Finders Homes, LLC, f/k/a Century Homes Florida, LLC.

No Appearance for Appellee, C. Sterling Quality Roofing, Inc.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED